**No. 39114.**—Protests 467893–G, etc., of Bonhotal Co., Inc., et al. (New York).

Opinion by TILSON, J.  On the record presented articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39115.**—Protests 450394–G, etc., of Strauss Bros. & Co. et al. (New York).

Opinion by TILSON, J.  On the record presented articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39116.**—Protests 448711–G, etc., of Independent Forwarding Co., Inc., (New York).

Opinion by TILSON, J.  On the record presented articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

BEFORE THE SECOND DIVISION, JULY 29, 1938

**No. 39117.**—Protest 563442–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.  Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39118.**—Protests 838337–G, etc., of Simon Ascher & Co., Inc., et al. (New York).

Opinion by TILSON, J.  Knitted wearing apparel the same as that involved in United States v. International Clearing House (24 C. C. P. A. 117, T. D. 48416) was held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed.